

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

Telephone (518) 776-2015

October 7, 2022

Catherine O'Hagan Wolfe (via ECF)
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Publius Publicola v. Lomenzo et al.*, No. 22-795

Dear Ms. Wolfe:

    I represent the state defendants-appellees in the above matter, which is scheduled for oral argument on November 14, 2022. I was granted five minutes of argument time, and the pro se appellant and other defendants-appellees have submitted. In light of the fact that all other parties have submitted the case, I am writing to request that I be permitted to forego arguing and submit on our brief. However, if the Court advises that it would like to hear from us, I will, of course, attend argument.

    Thank you for your consideration.

                            Respectfully submitted,

                            ___/s/ Alexandria Twinem_____
                            Alexandria Twinem
                            Assistant Solicitor General

cc:    Publius Publicola
        Plaintiff-Appellant
        PO Box 13226
        Jersey City, New Jersey 07303

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                            ) ss:
COUNTY OF ALBANY )

__William Sportman__, being duly sworn, deposes and says:

I am over eighteen years of age and an employee in the office of LETITIA JAMES, Attorney General of the State of New York, attorney for Respondent(s) herein.

On the 7th day of October, 2022, I served a copy of the annexed **Letter** upon the individual named below by email and by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a letter box of the Capitol Station Post Office in the City of Albany, New York, a depository under the exclusive care and custody of the United States Post Office Department, directed to the said individual at the address within the State and respectively designated by him for that purpose as follows:

Publius Publicola
Plaintiff-Appellant
PO Box 13226
Jersey City, New Jersey 07303

Sworn to before me this
7th day of October, 2022.

_____
NOTARY PUBLIC

CRISTAL R. GAZELONE
Notary Public, State of New York
Reg. No. 01GA6259001
Qualified in Rensselaer County
Commission Expires April 2, 2024