# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of November, two thousand twenty two,

Publius Publicola,

    Plaintiff - Appellant,

v.

John Lomenzo, Town of Penfield, Joseph Valentino, Douglas Randall, Destini Bowman, Karen Bailey Turner, Craig Doran, William Hooks, Cara Brousseau, New York State Law Reporting Bureau, Shawn Kerby, Nancy Barry,

    Defendants - Appellees,

Leah Mervine, County of Monroe,

    Defendants.

**ORDER**
Docket No. 22-795

    Appellant has proceeded via pseudonym in this appeal, and has signed his filings using that pseudonym, without first seeking permission in this Court as required under Rule 32(d) of the Federal Rules of Appellate Procedure. Appellant is hereby ORDERED to refile his briefs under his real name within ten days of this order. Upon refiling, Appellant may seek permission from the Court to file compliant copies of his briefs under seal in order to preserve his anonymity. However, in the event that the Court denies such a request, Appellant will be required to use his full name going forward. Appellant is further warned that even if the Court were to grant a motion to file under seal, it may use Appellant's full name in the opinion or summary order resolving this case if the merits panel determines that anonymity was not warranted in district court. *See United States v. Pilcher*, 950 F.3d 39 (2d Cir. 2020).

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

